**FILED**

June 9, 2017

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SHONDELL E. INGRAM, )<br>)<br>Defendant. ) | Case No. 2:16-cr-00059-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, SHONDELL E. INGRAM, Case No. 2:16-cr-00059-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on previously imposed supervised release conditions.

_____   Bail Posted in the Sum of: $

   _____   Co-Signed Unsecured Appearance Bond

   _____   Secured Appearance Bond

   __X__   (Other) Conditions as stated on the record.

   _____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/14/2017  at  3:00 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge